OPINION — AG — **** ALCOHOLIC BEVERAGE CONTROL ACT — OKLAHOMA CORPORATION CANNOT BE LICENSED AS NON RESIDENT SELLER **** AN OKLAHOMA CORPORATION DOING THE SAME TYPE OF BUSINESS AS A NON RESIDENT (NONRESIDENT) SELLER AS DEFINED IN 37 O.S. 1961 524 [37-524], CANNOT BE LICENSED AS A NON RESIDENT SELLER. CITE: ARTICLE XXVII, SECTION 3, 37 O.S. 1961 501 [37-501], ARTICLE IX, SECTION 9, ARTICLE IX, SECTION 44 (JEFF L. HARTMAN)